**Appeal Dismissed and Memorandum Opinion filed January 14, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00876-CV

## IN THE MATTER OF THE MARRIAGE OF DAYANA GOURI AND PARTEEK GOURI

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 103382-F**

## MEMORANDUM OPINION

This is an attempted appeal from a decree signed August 30, 2019. Appellant's notice of appeal was filed October 31, 2019. Appellant filed a motion for new trial on November 7, 2019. The motion was not timely. *See* Tex. R. Civ. P. 329b(a). The notice of appeal must be filed within 30 days after the judgment is signed when appellant has not filed a timely post-judgment motion. *See* Tex. R. App. P. 26.1

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal

beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (Tex. 1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On December 10, 2019, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

The appeal is dismissed.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.